RECEIVED
AUG 2 3 2012
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
## _____ DIVISION

Michael Cornell                    )
47000 Hw                           )
                                   )
                                   )
(Enter above the full name of the Plaintiff[s]  )
in this action.)                   )
                                   )
                                   )
vs                                 )
                                   )    Case No. _____
Myrtle Hill Company Dentistry      )    (To be assigned by Clerk
                                   )    of District Court)
                                   )
                                   )
                                   )
                                   )
                                   )
                                   )
                                   )
(Enter above the full name of **ALL** Defend-  )
ant[s] in this action. Fed. R. Civ. P. 10(a)  )
requires that the caption of the complaint  )
include the names of **all** the parties. Merely  )
listing one party and "et al." is insufficient.  )
Please attach additional sheets if necessary.  )

## COMPLAINT

I.  State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

    _____

    _____

    _____

II.  Plaintiff, Michael Cornell resides at 47000 Hwy 49# 222 (street address), Annapolis (city), Iron (county), MO (state), 63620 (zip code), (573)315-9011 (telephone number).

(if more than one plaintiff, provide the same information for each plaintiff below)

III. Defendant, Myrtle Hill Company Dentistry Health Ctr. lives at, or its business is located at 5471 Martin Luther King Dr. St. Louis (street address), ___ (city), ___ (county), MO (state), 63120 (zip code).

(if more than one defendant, provide the same information for each defendant below)

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

About March of 2011, Dr. Carol Hanley done a root canal + crown on my #7 tooth. She did not do it correctly. So I went back to have her redo the tooth, they wanted to charged me an additional $200.00. I went to talk to the CEO which is Archie Griffin and explain my situation. He talked to the dentist assistant and then sent me back upstairs and said the problem will be handled. Dr. Hanley had somewhere to be that day so she told me to come back the next morning at 9:00am. The next day she did a build up and put a temparoy tooth on, which came off in 3days. I went back to her again for her to fix it and she wouldn't, at the time, she made me wait 3week. She still didn't do the root canal + crown right. I was in pain, so I went back to Mr. Griffin and this time he sent me to Myrtle Hill Company on 5541 Riverview, St. Louis, Mo. 63120. I

(over)

3

seen Dr. Oswald Thomas and he said that I couldn't be having pain, after I explained to him what happened. I left, but I went back to Dr. Thomas on 4-4-12 and he did X-rays and he was surprised at what he seen. He tried to take off the crown that Dr. Hanley put on and couldn't get it off. So he gave me a prescription for antibiotics and referred me to a specialist, He refered me to (Dr. Adam Ram) Endodontic Associates, LLC, 1431 US Hwy 61 South, Festus, Mo. 63028. I seen the Dr. there on 4-24-12 and he got the crown off. and packed it with antibiotic to get the infection out. I went back on 5-8-12 and he redon the root canal. He charged me $925.00. I have dealt with the pain and the problem from March of 2011 up until May 8, 2012. Dr. Adam Ram could not put the crown back on he said I had to find another dentist to do that. I went to Dr. Kevin Fallert DDS on 8-9-12 to get an estimate of the work. The total he gave me is $806.50. I returned on 8-21-12 for him to get started, and I have to

returne on 9-11-12 for him to finish.

V. Relief: State briefly and exactly what you want the Court to do for you.

I want the Courts to reinverse monies spent for dental work, transportation, pain and suffering. and for filing with the civil and federal courts. Dental work -$1,987.00, Transportation $410.00, Pain and Suffering $5000.00, civil court filing + transportation $140.00, and Federal court filing + transportation - $400.00 Total - $7937.00

VI. **MONEY DAMAGES:**

    A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

        YES [ ]        NO [ ]

    B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

_____

_____

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

        YES [ ]        NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _____, 20___

                                                  *Michael Cornlf* (signature)

                                                  Signature of Plaintiff(s)

4